**GOLDITZ, Plaintiff-Appellee, v. BLANKENSHIP, Exr.,
Defendant-Appellant.**

Ohio Appeals, Second District, Miami County.

No. 484.   Decided April 13, 1954.

Roger C. O'Donnell, Covington, Leo H. Faust, Troy, for
plaintiff-appellee.

Forrest L. Blankenship, Troy, for defendant-appellant.

## OPINION

By THE COURT:

This is an appeal from a ruling of the Common Pleas Court
on defendant's motion to separately state and number the
causes of action in the petition.  Two errors are assigned, both
seeking to test the correctness of the action of the court in
overruling defendant's motion.

At the outset we are met with the contention of appellee
that the order from which the appeal is sought to be taken
is not a final order and, therefore, not appealable.  The test
which is to be applied to the order is set out in so much of
§2505.02 R. C. (§12223-2 GC), as could be applicable:

"(1) An order affecting a substantial right in an action
which in effect determines the action and prevents a judg-
ment, or (2) an order affecting a substantial right made in a
special proceeding, * * *, is a final order * * *."   (Numbering
ours.)

If it may be said that the order here affects a substantial
right of defendant, it was not made in a special proceeding;
therefore the second part of the section may not be given
application, and the first part must control as to which it is
essential that the order in effect determines the action and
prevents a judgment.  Neither of these consequences follows
by the order under consideration here.

It is not necessary to cite any supporting cases because the

letter of the controlling statute is plain and requires no aid to its construction. The action here was not a final order and, therefore, the attempted appeal may not be accomplished.

Other errors are assigned, but because of the fact that there is no appeal before this Court we may not consider them.

The appeal will be dismissed.

WISEMAN, PJ, MILLER and HORNBECK, JJ, concur.